UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00122 |
| | ) | JUDGE CAMPBELL |
| MARCHELLO SHOBE | ) | |

ORDER

Pending before the Court is Motion for Leave to File Position of the Defendant with Respect to Sentencing Factors (Docket No. 42). The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE